UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

  v.

**CA Retail LLC**, a California Limited Liability Company; and Does 1-10,

    Defendants

Case No.: 2:14-CV-00933-MCE-KJN

**ORDER**

## ORDER

Pursuant to the parties' Notice of Settlement (ECF No. 11), the Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for March 14, 2016, at 9:00 am at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

IT IS SO ORDERED.

**Dated: January 12, 2016**

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT